UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61738-CIV-SMITH/SANCHEZ

CARMEN ROXANA DELGADO,

    Plaintiff,

v.

MARTIN O'MALLEY,[1]
*Commissioner, Social Security Administration*,

    Defendant.
_____/

### ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Review of Commissioner's Decision [DE 18], in which the Magistrate Judge recommends denying Plaintiff's Motion for Summary Judgment [DE 13] and granting the Commissioner's Motion for Summary Judgment [DE 17]. No objections have been filed. Having reviewed the Magistrate Judge's Report and Recommendation, and the record, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Review of Commissioner's Decision **[DE 18]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Motion for Summary Judgment **[DE 13]** is **DENIED**.

3) Commissioner's Motion for Summary Judgment **[DE 17]** is **GRANTED**.

4) The Commissioner's decision is **AFFIRMED**.

5) This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 13th day of September, 2024.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   counsel of record